IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-367-AP**

**RUDY SALAZAR,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Defendant's Motion for Remand (doc. #13), filed September 26, 2005, is DENIED.  This case is now at issue and will be assigned to a judge by random draw.

Dated:  October 13, 2005