UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00367-WYD

RUDY SALAZAR,

    Plaintiff,

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act filed May 1, 2006. The motion asserts that Defendant received Plaintiff's request for fees under the Equal Access to Justice Act ["EAJA"], conferred with Plaintiff, and that the parties agree that Plaintiff's counsel should be awarded attorney fees in the amount of $3,539.25, subject to approval of the Court.

Having reviewed the motion, I find that an award of fees under the EAJA is proper and that Defendant's motion should be granted. Accordingly, it is

ORDERED that Defendant's Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act filed May 1, 2006, is **GRANTED**. In accordance therewith, it is

ORDERED that attorney fees are awarded in the amount of $3,539.25, which shall

be payable to Plaintiff's counsel.  It is

FURTHER ORDERED that payment of the attorney fees shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA costs and fees in this matter that have not been awarded by the Court.  The award of fees is, however, without prejudice to the right of Plaintiff's counsel to seek attorney fees under Section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated:  May 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge